# Weisberg Law, P.C.
## also t/a Consumer Justice Alliance
*Attorneys at Law*

7 South Morton Avenue
Morton, Pennsylvania 19070
Ph: 610.690.0801
Fax: 610.690.0880

| | |
|---|---|
| Philadelphia County, Pennsylvania | *Matthew B. Weisberg*\*^ |
| 1500 Walnut St., Ste. 1100 | Graham F. Baird^ |
| Philadelphia, PA 19102 | Robert P. Cocco~+ |
| | |
| | \*NJ & PA Office Manager |
| Camden County, New Jersey | ^Licensed in PA & NJ |
| Two Aquarium Dr., Ste. 200 | ~Licensed in PA |
| Camden, NJ 08103 | +Of Counsel |

Web-Site: www.weisberglawoffices.com
E-Mail: MWEISBERG@WEISBERGLAWOFFICES.COM

*Monday, April 19, 2010*

**Via Fax & ECF**
Magistrate Judge Ann Marie Donio
(856) 757-5296

      RE:    Maria and John Payan v. Greenpoint Mortgage, et al
                No.: 08-6390

Dear Judge:

      Pursuant to local rule, kindly "roll over" plaintiff's response deadline (April 19, 2010) until the next returnable date.

      Thank you for this Honorable Court's consideration of this request made pursuant to local rule.

                              Sincerely,

                              Matthew B. Weisberg

MBW/amh

CC: Kellie A. Lavery, Esq. 609-951-0824
     Paul C. Dougherty, Esq. 856-546-6170
     Edward W. Kirn, III, Esq. 856-802-4300